UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTGATE COMM., LLC, d/b/a WEAVTEL,<br><br>                    Plaintiff,<br><br>          v.<br><br>U.S. NATIONAL PARK SERVICE, et al,<br><br>                    Defendant. | NO. CV-06-0062-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed February 4, 2008 (Ct. Rec. 39), the parties advised the Court that the above-captioned matter should be dismissed with prejudice because the matter has been resolved pursuant to the Consent Order and Judgment (Ct. Rec. 38), filed on December 6, 2007.

Therefore, **IT IS ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice**;

2. All pending trial and hearing dates are stricken;

3. This file shall be closed; and

4. The Court shall maintain jurisdiction as necessary to enforce the Consent Order and Judgment.  (Ct. Rec. 38.)

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and distribute copies to counsel.
3      **DATED** this____11^th____ day of February 2008.

5                        S/ Edward F. Shea
                         EDWARD F. SHEA
6                     United States District Judge

7  Q:\Civil\2006\62.Stip.Dismiss.wpd

ORDER * 2